AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Loyal Bank Limited, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-2208-KMK |
| Mastecard International Incorporated | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mastercard International Incorporated                                                                                   .

Date:   05/08/2020

/s/ Rena Andoh
*Attorney's signature*

Rena Andoh 4220638
*Printed name and bar number*
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plz
New York, NY 10112

*Address*

randoh@sheppardmullin.com
*E-mail address*

(212) 634-3092
*Telephone number*

(212) 655-1717
*FAX number*