UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOYAL BANK LIMITED, *et al.*,

                        Plaintiffs,

    v.

MASTERCARD INTERNATIONAL INCORPORATED,

                        Defendants.

No. 20-CV-2208 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      At the Conference on November 12, 2020, the Court adopted a briefing schedule for Defendant's Motion To Dismiss. Defendant's Motion shall be due no later than December 7, 2020. Plaintiff's Opposition shall be due no later than January 8, 2021. Defendant's Reply shall be due no later than January 22, 2021.

      Counsel are reminded that there is a strict page limit. If oral argument is requested, it may be scheduled by the Court.

SO ORDERED.

DATED:    November 12, 2020
               White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE