UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LOYAL BANK LIMITED et al.,

        Plaintiffs,                20-cv-2208 (KMK)(AEK)

  -against-                  **CANCELLATION ORDER**

MASTERCARD INTERNATIONAL
INCORPORATED,

        Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic conference scheduled for **Monday, December 13, 2021, 2021**, at **9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**. If the case does not settle at the December 14, 2021 settlement conference, the last 10-15 minutes of the conference will serve as a case management conference.

Dated:  November 10, 2021
            White Plains, New York

                                                  **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge